**Fill in this information to identify the case:**

Debtor 1: Betty J King-Clopton

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number: 14-22678

---

# Form 4100R

## Response to Notice of Final Cure Payment       10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as owner trustee for CSMC 2018-RPL6 Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 5 5 2

**Property address:** 10127 S. Crandon Ave
Number   Street

Chicago   IL   60617
City      State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 12/01/2019
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:       (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____
c. **Total**. Add lines a and b.                  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM/DD/YYYY

| Debtor 1 | Betty J King-Clopton | Case number (if known) | 14-22678 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | Signature: **/s/Hugh Russell** | Date: **08/30/2019** |
|---|---|---|
| Print | Hugh   Russell | Title: Bankruptcy Case Manager |
| | First Name   Middle Name   Last Name | |
| Company | NewRez LLC d/b/a Shellpoint Mortgage Servicing | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | PO Box 10826 | | |
|---|---|---|---|
| | Number   Street | | |
| | Greenville | SC | 29603 |
| | City | State | ZIP Code |
| Contact phone | (864) 312-4854 | Email | mtgbk@shellpointmtg.com |

| | |
|---|---|
| NewRez LLC DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:                    (866) 467-1137<br><br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    BETTY CLOPTON
    Debtor 2

Case No:    1422678

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  8/30/2019.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Marilyn O Marshall
224 S Michigan Ave
Suite 800
Chicago, IL  60604


David M Siegel
790 Chaddick Drive

Wheeling, IL  60090

BETTY CLOPTON

10127 S CRANDON AVE
CHICAGO IL  60617


/s/ Hugh Russell